1516

*Friday, May 12, 1995*
## MOTION DOCKET

**95–872.** State ex rel. Norfolk & W. Ry. Co. v. Victor. *Summit County,* No. 17018. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellant's motion to stay proceedings,

IT IS ORDERED by the court that the motion to stay proceedings be, and hereby is, denied, effective May 8, 1995.

COOK, J., not participating.

## MISCELLANEOUS DISMISSALS

**95–877.** State v. Bussell. *Butler County,* No. CA94–05–102. Appellant has filed an untimely appeal of the court of appeals' decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte,* effective May 8, 1995, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed, effective May 8, 1995, for lack of jurisdiction.

*Tuesday, May 16, 1995*
## MISCELLANEOUS DISMISSALS

**93–2153.** Johnson v. Cleveland Clinic Found. *Franklin County,* No. 93AP–1032. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed, effective May 15, 1995.

**95–679.** State ex rel. Mitchell v. Ohio Adult Parole Auth. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and the same hereby is, granted, effective May 15, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.